"O"

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 25 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. SA 13-528M |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| LORENA PERALTA GRAJEDA, | ) |
| Defendant. | ) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California, for alleged violation(s) of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: lack of bail resources; substance abuse history; criminal history, probation violation history, and current allegations indicate lack of amenability to supervision.

and

B.   ( ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending further proceedings and/or transfer to the charging district.

Dated: 11/25/2013

DOUGLAS F. McCORMICK
United States Magistrate Judge